UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| CAROL A. WATKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:09-cv-01021-SEB-TAB |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Carol A. Watkins is not entitled to Disability Insurance Benefits based on her application filed on April 18, 2006, is **REVERSED AND REMANDED** to the Commissioner for further proceedings consistent with the Entry issued this day.

This is a "sentence four" remand pursuant to 42 U.S.C. § 405(g).

Date: 09/20/2010

_SARAH EVANS BARKER, JUDGE_
United States District Court
Southern District of Indiana

Distribution:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov